**Order entered July 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00067-CR

**DARIUS FRANCHOT MADDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-90218-422-F**

## ORDER

Before the Court is appellant's July 20, 2017 second motion for extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** appellant to file his brief on or before August 16, 2017.

If appellant's brief is not filed by August 16, 2017, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/      ADA BROWN
         JUSTICE